UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**NICHOLAS WALKER,**

    Plaintiff,

v.

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.
_____/

Case No. 06-11212
Hon. Bernard A. Friedman



## **MEMORANDUM OPINION AND ORDER**

This matter is before the Court on Magistrate Judge Steven D. Pepe's Report and Recommendation dated March 30, 2007. Defendant has filed objections to said Report and Recommendation.

This Court has had an opportunity to fully review this matter and believes that the Magistrate Judge has reached the correct conclusions for the proper reasons.

ACCORDINGLY:

IT IS HEREBY ORDERED that Magistrate Judge Steven D. Pepe's Report and Recommendation dated March 30, 2007, is hereby accepted and adopted.

IT IS FURTHER ORDERED that defendant's motion for summary judgment is denied.

IT IS FURTHER ORDERED that plaintiff's motion for summary judgment is granted in part and the matter is remanded for further proceedings so that the Administrative Law Judge may make and incorporate the findings required by 20 C.F.R. §404.1520a(c)(3) into her opinion and make any related modifications in the vocational questions and findings that are necessary.

JUN 2 9 2007
Detroit, Michigan

BERNARD A. FRIEDMAN

I hereby certify that a copy of the foregoing document was served this date upon counsel of record electronically and/or via first-class mail.

Patricia Foster Hommel
Secretary to Chief Judge Friedman